No. 02–6660.  BESARABA v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 02–6666.  FINCHAM v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 02–6695.  BREEDLOVE v. WOOD ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–6778.  MCCLOUD v. FLORIDA.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.

No. 02–6788.  GARZONI v. KMART CORP.  C. A. 6th Cir.  Certiorari denied.

No. 02–6792.  HANNA v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 02–6794.  RAY v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 02–6795.  JOHNSON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–6799.  NYLAND v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 02–6801.  POPE v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–6805.  WATKINS-EL v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 02–6807.  WILCOX v. PETERSON, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 02–6808.  TORRES-HERRERA, AKA HERRERA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–6831.  BOONE v. FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.